UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Frank C. Damrell, Jr.
United States District Judge
Sacramento, California

                      RE:    Arnando VILLAFAN
                              Docket Number:  2:03CR00042-08
                              **REQUEST FOR DISCLOSURE OF PRESENTENCE REPORT TO A COUNTY AGENCY**

Your Honor:

On December 1, 2004, the above named offender pled guilty to a one count superseding information charging a violation of 18 USC 1962(d) - Conspiring to Conduct the Affairs of an Enterprise Through a Pattern of Racketeering Activity. On May 23, 2005, the offender was sentenced to 52 months custody of Bureau of Prisons and given a 36 month term of supervised release.

Prior to the date of conviction, however, the offender was arrested on August 1, 2001, in Reno, Nevada (Washoe County) for Unlawful Sale of a Controlled Substance, a felony (Case Number CR01-1900). The offender is presently going through court proceedings in Nevada on this case and the probation officer assigned to write this report has requested our assistance, specifically requesting a copy of the presentence report and judgment. Due to the fact that I am now supervising the offender, a copy of their presentence report has also been requested for collateral purposes. Consequently, this officer is recommending the court release our report and subsequent judgment to assist their office in compiling an accurate presentence report.

If you have any questions or if I can be of additional assistance, please feel free to contact me at (916) 930-4308.

**RE:   Arnando VILLAFAN**
        Docket Number:   2:03CR00042-08
        <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

                            Respectfully submitted,


                            /s/Matthew M. Faubert
                            **MATTHEW M. FAUBERT**
                            **United States Probation Officer**

**DATED:**   March 14, 2007
            Sacramento, California
            MMF/cp


**REVIEWED BY:**    /s/Kyriacos M. Simonidis
                    **KYRIACOS M. SIMONIDIS**
                    **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved   XXXXX            Disapproved _____


 March 15, 2007
**Date**                        **FRANK C. DAMRELL, JR.**
                                **United States District Judge**