**FILED**

November 21, 2008

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)
       Plaintiff, )
)
v. )
)
ARNANDO VILLAFAN, )
)
       Defendant. )

Case No. CR. S-03-0042 FCD

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO:   UNITED STATES MARSHAL:

     This is to authorize and direct you to release __ARNANDO VILLAFAN__ , Case No. __CR.__

__S-03-0042 FCD__ , Charge __Title 18 USC § 3606__ , from custody subject to the conditions contained

in the attached "Notice to Defendant Being Released" and for the following reasons:

     __    Release on Personal Recognizance

     __    Bail Posted in the Sum of $_____

          __    Unsecured Appearance Bond

          __    Appearance Bond with 10% Deposit

          __    Appearance Bond with Surety

          __    Corporate Surety Bail Bond

          X    (Other)   *Released on the terms of his Supervised Release with Probation Dept. Supervision*

     Issued at __Sacramento, CA__ on __November 21, 2008__ at __2:30__ pm .

By   *Dale A. Drozd*

        Dale A. Drozd
        United States Magistrate Judge